

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Charlotte Division**

Case No. 13–32069
Chapter 7

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Joey Lynn Hunt<br>  aka All American Overhead Door; Tax ID 71–0910896<br>4937 Victoria Ave<br>Charlotte, NC 28269<br>Social Security No.: xxx–xx–7950 | Christian Broome–Hunt<br>  aka Broome, aka Hunt's Tax Service, aka Ricky Jay's Sports Bar<br>4937 Victoria Ave<br>Charlotte, NC 28269<br>Social Security No.: xxx–xx–8885 |

# ORDER DISMISSING CASE

THIS CAUSE coming on to be heard and being heard by the undersigned United States Bankruptcy Judge, and it appearing to the Court that the above–referenced debtors failed to file certain schedules, statements, or other documents as required by the Federal Rules of Bankruptcy Procedure or the Local Bankruptcy Rules of this Court.

**NOTICE IS FURTHER GIVEN AND IT IS, THEREFORE, ORDERED** that the case shall be and is hereby **DISMISSED**.

Dated: October 17, 2013                                             BY THE COURT

                                                                                            J. Craig Whitley
                                                                                            United States Bankruptcy Judge

Electronically filed and signed (10/17/13)